UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:                                )        Case No. 3:13-bk-06862
                                      )
ETHAN O'BRIEN TODD                    )
                                      )
                                      )
                                      )
Debtor(s)                             )

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to move the Court to enter an order directing payment of unclaimed funds now on deposit in the Registry of the United States Bankruptcy Court. Claimant is a ____ creditor ✓ debtor (check one) in the above captioned bankruptcy case and on whose behalf funds were deposited. I have a right to claim said funds due to the following: **I was the debtor in the underlying case; those funds were returned to me but the payment was not received.**

Name of Claimant: Ethan O'Brien Todd

Mailing Address: 1829 Powell Place

City: Jacksonville    State: FL    Zip Code: 32205

Telephone Number: Home: 904-868-6780    Work: _____

Last Four Digits of SS# or Tax ID Number: 1357

Amount of Claim: $9,614.16

Claimant certifies under penalty of perjury that all statements made by Claimant on this motion and any attachments required for this Motion is, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the dividend due upon this claim.

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602.

_____        15 Mar 16
CLAIMANT'S SIGNATURE                   DATE

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided to Douglas Neway, Chapter 13 Trustee, via electronic notice**;** and to U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602 via U.S. Mail, on this 17th day of March, 2016.

**EMERY KAST, PLLC**

**/s/ *Alison N. Emery***
**ALISON N. EMERY**
**Attorney for Debtor**
**3731 Hendricks Avenue**
**Jacksonville, Florida 32207**
**Telephone: (904) 404-3394**
**Facsimile: (904) 265-2072**
**Florida Bar No.: 0621641**
**Email: alison@jaxlawyer.com**