[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

ORDERED.

Dated: March 28, 2016

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

Ethan O'Brien Todd
aka Ethan O. Todd
aka Bo Todd

Case No. 3:13-bk-06862-PMG
Chapter 13

_____Debtor*_____ /

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on March 17, 2016, by Alison N. Emery on behalf of Ethan O'Brien Todd. Having verified that the sum of $ 9,614.16 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 9,614.16 to:

Ethan O'Brien Todd
c/o Alison E. Emery
3731 Hendricks Avenue
Jacksonville, FL 32207

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this order on interested parties.

Original to Financial Administrator